MIDDLETON, APPELLANT, *v.* CUYAHOGA COUNTY
BOARD OF REVISION ET AL., APPELLEES.

[Cite as *Middleton v. Cuyahoga Cty. Bd. of
Revision* (1996), 74 Ohio St.3d 228.]

(Nos. 94–2399, 94–2534, 95–300 and 95–463—Submitted
December 6, 1995—Decided January 10, 1996.)

*David J. Middleton, pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Marilyn Barkley Cassidy,* Assistant Prosecuting Attorney, for appellees Cuyahoga County Board of Revision and Cuyahoga County Auditor.

*Armstrong, Mitchell & Damiani, Timothy J. Armstrong* and *Victor V. Anselmo,* for appellee Cleveland Board of Education in case Nos. 94–2399 and 95–300.

*Kelly, McCann & Livingstone* and *Robert A. Brindza,* for appellee Cuyahoga Heights Board of Education in case No. 94–2534.

*Kadish & Bender, Kevin M. Hinkel* and *David G. Lambert,* for appellee Board of Education for the Berea City School District in case No. 95–463.

*Rosenzweig, Schulz & Gillombardo Co., L.P.A.,* and *Bill J. Gagliano,* urging affirmance for *amicus curiae,* Westlake Board of Education in case No. 94–2399.

---

Case Nos. 94–2399, 94–2534, 95–300 and 95–463 are consolidated. The decisions of the Board of Tax Appeals are affirmed on the authority of *Middleton v. Cuyahoga Cty. Bd. of Revision* (1996), 74 Ohio St.3d 226, 658 N.E.2d 267, decided today.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.